**Order filed April 11, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-12-01007-CV
_____

### DORA BURNETT, Appellant

### V.

### PACIFIC EMPLOYERS INSURANCE COMPANY, ET AL AND ACE AMERICAN INSURANCE COMPANY, ET AL, Appellees

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2011-31924**

## O R D E R

Appellant's brief was due April 1, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **May 9, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM